# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00832-BNW |
| Plaintiff, | **Motion to Dismiss the Complaint Without Prejudice** |
| v. | |
| CARLOS SILVANO FIGUEROA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the complaint against Defendant Carlos Silvano Figueroa.

JASON M. FRIERSON
United States Attorney

*/s/ Justin J. Washburne*
JUSTIN J. WASHBURNE
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this  21st  day of  February , 2025.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE